UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAVIER GIMENEZ RIVERO,

    Petitioner,

v.                                    Case No.: 6:26-cv-66-RBD-NWH

LOUIS A. QUINONES, JR.,
et al.,

    Respondents.
_____/

## RESPONDENTS' MOTION FOR HEARING AND ORAL ARGUMENT

Pursuant to Local Rule 3.01(i), the United States respectfully requests a hearing and oral argument on its Response to Order to Show Cause, which is being filed simultaneously with this motion. "[A]lthough not mandated by Rule 11, [the Eleventh Circuit] considers 'it prudent for a district judge to hold a hearing before imposing sanctions.'" *Baker v. Alderman*, 158 F.3d 516, 525–26 (11th Cir. 1998) (quoting *Didie v. Howes*, 988 F.2d 1097, 1105 n.8 (11th Cir. 1993)). The United States requests 30 minutes for oral arguments.

Dated: February 9, 2026                        Respectfully submitted,

                                                       */s/ Gregory W. Kehoe*
                                                       Gregory W. Kehoe
                                                       United States Attorney
                                                       Florida Bar No. 486140
                                                       400 N. Tampa Street, Suite 3200
                                                       Tampa, Florida
                                                       Telephone: (813) 274-6000
                                                       Email: Gregory.kehoe@usdoj.gov

*/s/ Joy Warner*
Assistant United States Attorney
USA No. 229
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7581
Facsimile: (407) 648-7588
Email: joy.warner@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participant:

Phillip Arroyo, Esq.

*/s/ Joy Warner*
Assistant United States Attorney